584 A.2d 252
STATE OF NEW JERSEY v. ANTHONY D. THOMAS.

June 11, 1990.

Petition for certification denied.

584 A.2d 252
STATE OF NEW JERSEY v. SAMUEL BIBBY.

June 11, 1990.

Petition for certification denied.

584 A.2d 252
STATE OF NEW JERSEY .v. MARVIN WYLE CARTER.

June 11, 1990.

Petition for certification denied.

584 A.2d 252
STATE OF NEW JERSEY v. EDWIN RODRIGUEZ.

June 11, 1990.

Petition for certification denied.

584 A.2d 252
STATE OF NEW JERSEY v. STANLEY JOHNSON, III.

June 11, 1990.

Petition for certification denied.